# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| JONATHAN LAYMAN, | Case No. 3:17-CV-738-CRS-RSE |
|     PLAINTIFF, | Judge Simpson |
| v. | |
| UNITED PARCEL SERVICE, INC., | MOTION FOR SUMMARY JUDGMENT |
|     DEFENDANT. | |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant United Parcel Service, Inc. ("UPS" or "Company") hereby moves this Court for an order granting summary judgment in its favor as to all claims asserted by Plaintiff Jonathan Layman ("Layman"). The attached Memorandum in Support of this Motion, including the declarations and transcripts filed with this Court, demonstrate that there is no genuine issue as to any material fact and that UPS is entitled to summary judgment on all of Layman's claims as a matter of law.

Respectfully submitted,

FROST BROWN TODD LLC

/s/ *Jennifer R. Asbrock*
Jennifer R. Asbrock
jasbrock@fbtlaw.com
Jennifer L. Bame
jbame@fbtlaw.com
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
*Attorneys for Defendant*
*United Parcel Service, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2019, the foregoing document was filed and served via the Court's electronic filing system, which will provide notice to the following participants: Jennifer R. Asbrock, jasbrock@fbtlaw.com (Attorney for Defendant) and Jennifer L. Bame, jbame@fbtlaw.com (Attorney for Defendant).  I further certify that, on the same date, the foregoing document was served via email and U.S. First Class mail on:

Jonathan Layman, *Pro Se* Plaintiff
8311 Shepherdsville Road
Louisville, KY 40219
jwlaym01@gmail.com

                                      /s/  *Jennifer R. Asbrock*

0000OXA.0655437   4852-9705-9208v1